IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| OCTAVIANO MARTINEZ DE LA ROSA | : | CIVIL ACTION |
| v. | : | No. 26-4026 |
| J.L. JAMISON et al. | : | |

## ORDER

AND NOW, this 12th day of June, 2026, upon consideration of Petitioner Octaviano Martinez De La Rosa's Petition for Writ of Habeas Corpus (Dkt. No. 1), it is ORDERED that:

1. Petitioner shall make immediate and proper service of the Petition (Dkt. No. 1) and this Order on the Government Respondents.

2. Petitioner shall immediately forward his petition and this order to the following email addresses:

   a. desiree.wilkins@usdoj.gov

   b. anthony.stjoseph@usdoj.gov

   c. susan.becker@usdoj.gov

   d. gregory.david@usdoj.gov

3. The Government shall not transfer Petitioner outside of the Eastern District of Pennsylvania without further order of the Court.

4. The Government shall respond to the Petition by **Monday, June 15, 2026**.

5. The parties shall promptly inform the Court if they do not require a hearing or oral argument.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.